UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
RICHARD AMERICA,                        )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )      Civil Action No. 03-1807 (PLF)
                                        )
KAREN G. MILLS,                         )
  Administrator, Small Business Administration,   )
                                        )
            Defendant.[1]               )
_____ )


                              ORDER

      For the reasons stated in the Opinion issued this same day, it is hereby

      ORDERED that defendant's motion to dismiss or, in the alternative, for summary

judgment [53] is DENIED; it is

      FURTHER ORDERED that on or before October 2, 2009, the parties file a joint

status report about how they wish to proceed in this case.

      SO ORDERED.


                                    /s/_____
                                    PAUL L. FRIEDMAN
                                    United States District Judge
DATE:  September 17, 2009

_____
      [1]      Under Rule 25(d)(1) of the Federal Rules of Civil Procedure, Administrator Karen
G. Mills has been substituted for former Administrator Steven Preston.  FED. R. CIV. P. 25(d).